Respondents.— Motion for stay granted upon condition that appellant perfect the appeal for Friday, February 13, 1931 (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

ABRAHAM HEIMOWITZ, Respondent, v. BIELECKY BROS., INC., Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for Friday, February 13, 1931 (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of MANUFACTURERS TRUST COMPANY, as Executor, etc., of MICHAEL W. BUSH, Deceased. ELIZABETH BUSH and Others, Respondents; MARYLAND CASUALTY COMPANY, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

In the Matter of the Application of HERMAN PEDERSEN, Respondent, for a Peremptory Mandamus Order against PRESTO PRIMER AND REDUCING VALVE CORPORATION and Others, Appellants.— Motion for stay granted upon condition that books be impounded in the office of the county clerk within two days from the date of this decision; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ. Submit order.

MICHAEL LICHTENSTEIN, Respondent, v. J. OHL, INC., and JOSEPH OHL, Appellants.— Motion to direct appellants to furnish additional security granted; appellants, within five days from the date of this decision, to obtain bank book and file an appropriate corporate surety undertaking. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ. Submit order.

BARBARA MADDREN, an Infant, etc., and ELSIE MADDREN, an Infant, etc., by HELEN HOWARD MADDREN, Their Guardian ad Litem, Respondents, v. EDITH SHARON, Appellant, and WILLIAM HARVEY MADDREN, Defendant.— Motion to dismiss appeal denied and case ordered to be placed at the foot of the February calendar. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

DAVID MEYERSON, Appellant, v. SAMUEL PINE and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

NORTH WOODSIDE BUILDING MATERIAL CORPORATION, Respondent, v. BURKE BUILDING CO., INC., and Others, Defendants; INTERBORO ASSOCIATES, INC., Appellant, and LESTER V. ALLERS, Respondent.— Motion to extend time to file case and points on appeal granted upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondents thirty dollars costs within five days from the date of this decision;